# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M10 | F5457649 | P. Legg | 2284 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 11-17-2023 @ 11:45
Offense Charged: ✓ CFR  ☐ USC  ☐ State Code — 36 CFR 261.10(a)
Place of Offense: Spur Rd off HWY 12, 2.7 mi west of Howard Co. Rd.
Offense Description: Constructing, placing, or maintaining multiple structures.
HAZMAT: ☐

### DEFENDANT INFORMATION

Last Name: McKay
First Name: Scott
MI: L

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 13 0002N | MT | 96 | Cadi, Dev.'11 | | GRN |

APPEARANCE IS REQUIRED — A ✓ Box A is checked, you must appear in court.
APPEARANCE IS OPTIONAL — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 201 E. Broadway St., Missoula, MT
Date: 12/05/2023
Time: 0830

X Defendant Signature: [signed] Scott McKay

*F5457649*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

[See attached PC Statement]

The foregoing statement is based upon:
☐ my personal observation  ✓ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11-17-2023   Officer's Signature: [signed] P. Legg

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident