

GOVERNMENT EXHIBIT 1
CARDELS 806-783-0399


